## 19044.  VAUGHN *v.* THE STATE.

BLOODWORTH, J.  "Until there has been a judgment finally disposing of the case in the trial court, the Supreme Court has no jurisdiction to pass upon an assignment of error complaining of the striking of a plea of former jeopardy, filed by the accused. *Fugazzi* v. *Tomlinson,* 119 *Ga.* 622 [46 S. E. 831], *McElroy* v. *State,* 123 *Ga.* 546 (51 S. E. 596) and cit." This ruling is controlling in this case. See Civil Code (1910), § 6138; *Hightower* v. *State,* 22 *Ga. App.* 276 (95 S. E. 873); *Head* v. *Jordan,* 33 *Ga. App.* 170 (125 S. E. 733); *Johnson* v. *Merchants & Farmers Bank,* 141 *Ga.* 721 (81 S. E. 873).

   *Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 31, 1928.

*Fullbright & Burney,* for plaintiff in error.
*George Hains, solicitor-general, John M. Graham,* contra.